IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRYCE FRANKLIN,

                Petitioner,

No. 1:18-cv-00413-JCH-KRS

v.

ALISHA LUCERO, *et al.*,

                Respondents.

## ORDER DENYING MOTIONS

**THIS MATTER** comes before the Court *sua sponte*. On December 9, 2019, the Court entered a Case Management Order limiting the filings in this matter and instructing Petitioner not to file motions until such time as the Court has had an opportunity to screen his petition for a writ of habeas corpus, unless the motions meet one of the enumerated exceptions listed in the Order. Pending in this case are four motions—two motions seeking a court order for Respondents to answer (Docs. 17 & 21), a motion for the Court to rule on his petition (Doc. 19); and a motion for status conference (Doc. 22). None of these motions fits within any exception to no-filing rule. Although the Case Management Order was not in effect at the time Petitioner filed the motions, the motions are nonetheless premature and not appropriately addressed at this stage of the proceedings for the reasons set forth in the Order.

**IT IS, THEREFORE, ORDERED** that Petitioners' motions for an answer, ruling, and status conference (Docs. 17, 19, 21, & 22) are **DENIED**. Petitioner may refile these motions, if appropriate, after the Court completes its statutory screening function.

                                                        _____
                                                        KEVIN R. SWEAZEA
                                                        UNITED STATES MAGISTRATE JUDGE